UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **INVESTAR BANK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 3:19-cv-00280 JWD/EWD** |
| **STARNET INSURANCE COMPANY** | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**P**laintiff, Investar Bank, N.A., and defendant, StarNet Insurance Company, through their undersigned counsel, hereby stipulate to the dismissal of this action without prejudice in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs.

                                                **Respectfully submitted,**

                                                **STEEG LAW FIRM, LLC**

                                                    /s/ Charles L. Stern, Jr.
                                                **CHARLES L. STERN, JR. (12451)**
                                                **RYAN M. McCABE (31254)**
                                                **Steeg Law Firm, LLC**
                                                **201 St. Charles Avenue; Suite 3201**
                                                **New Orleans, Louisiana  70170**
                                                **Telephone: (504) 582-1199**
                                                **Facsimile: (504) 582-1240**
                                                **E-mail: cstern@steeglaw.com**

                                                **Attorneys for Plaintiff,**
                                                **Investar Bank, N.A.**

                                                **and**

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

    /s/ Lori D. Baker
**LORI D. BARKER (31687)**
**650 Poydras Street, Suite 2200**
**New Orleans, LA 70130**
**Telephone: (504) 702-1710**
**Facsimile: (504) 702-1715**
**Email: lori.barker@wilsonelser.com**

**Attorney for Defendant,**
**StarNet Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties requesting notice via the Court's CM/ECF notification system this 5th day of December, 2019.

    /s/ Charles L. Stern, Jr.