UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| INVESTAR BANK | CIVIL ACTION |
|---|---|
| VERSUS | NO. 3:19-cv-00280 JWD-EWD |
| STARNET INSURANCE COMPANY | |

## ORDER

Considering the Joint Stipulation of Dismissal without Prejudice,

**IT IS ORDERED** that the above-captioned proceeding be and is hereby dismissed, without prejudice, each party to bear its own costs.

Signed in Baton Rouge, Louisiana, on December 9, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

00367800-1